IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS LAWSON,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0287-CG-M |
| **RICHARD ARMSTRONG, et al.,** | : |
| Defendants. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 10th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE